**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travis Dwayne Conish, ) | No. CV-08-0485-PHX-JAT |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Room 203; Leland Moteta, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Federal courts are courts of limited jurisdiction. As a result, they can hear only those cases that the Constitution and Congress have authorized them to adjudicate: namely, cases involving diversity of citizenship, a federal question, or cases to which the United States is a party. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). The party asserting jurisdiction bears the burden of proving a jurisdictional basis exists. *Id.* In this case, because Plaintiff filed his suit in federal district court, he must show that the federal court is authorized to hear his case.

The Court has reviewed the complaint. No basis for federal subject matter jurisdiction is alleged, and the claims, involving a contract and a car accident, appear to be state law claims. Therefore,

/ / /

/ / /

/ / /

1  IT IS ORDERED that by April 7, 2008, Plaintiff shall file an amended complaint
2 which alleges an appropriate basis for federal subject matter jurisdiction, or this case will be
3 dismissed for lack of jurisdiction.

4  DATED this 20th day of March, 2008.

_____
James A. Teilborg
United States District Judge